

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN

~~XXXXXXXXXXXXXXXXXX~~

ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable A. E. Sutton
County Auditor
Anderson County
Palestine, Texas

Dear Sir:

Opinion No. 0-4296
Re: May the county tax assessor-
collector accept payment of com-
mon school district taxes where pay-
ment of state, county, and read dis-
trict taxes is not made at the same
time?

We have received and considered your request for an opinion from this department. We quote from your request:

"May the county tax assessor-collector accept payment of common school district taxes if payment of State, county and road district taxes is not made at the same time?"

The proposition submitted by you seems to be covered in Article 7336e, Revised Civil Statutes of Texas. This department in Opinion No. 0-381 has already passed upon the authority of the county assessor-collector to accept payment of common school district taxes without payment of county and state taxes. In your request you have included road district taxes in addition to county and state taxes. We think our opinion No. 0-381 and its conclusions are applicable to the proposition submitted here by you. Since the statute is quoted in said opinion and the applicable rules of law are discussed therein, we do not belive it is necessary to do more than to cite you to said opinion, a copy of which is enclosed for your consideration and assistance.

We trust that in this manner we have fully answered your inquiry.

Yours very truly

APPROVED JAN 28, 1942
/s/ GROVER SELLERS
FIRST ASSISTANT
ATTORNEY GENERAL
HM:ej:egw
Encl.

Approved
Opinion Committee
By B W B
Chairman

ATTORNEY GENERAL OF TEXAS

By /s/ Harold McCracken

Harold McCracken
Assistant